FILED

03/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0532

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0532

_____

MATTHEW G. MONFORTON,

      Petitioner and Appellant,

  v.                                    O R D E R

MICHAEL F. McMAHON,

      Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Matthew G. Monforton, to all counsel of record, and to the Honorable Rienne H. McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 22 2023